■ In the Matter of ENDING G., a Person Alleged to be a Juvenile Delinquent, Appellant. [31 NYS3d 890]—Appeal from an order of disposition of the Family Court, Richmond County (Helene D. Sacco, J.), dated September 17, 2015. The order, insofar as appealed from, adjudicated Ending G. a juvenile delinquent. The appeal brings up for review a fact-finding order of that court dated August 17, 2015, which, after a hearing, found that Ending G. committed an act which, if committed by an adult, would have constituted the crime of criminal possession of a weapon in the second degree, and that he committed the juvenile act of unlawful possession of weapons by persons under 16.

Ordered that the order of disposition is affirmed insofar as appealed from, without costs or disbursements.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see Matter of Chakelton M.*, 111 AD3d 732, 733 [2013]; *Matter of Danielle B.*, 94 AD3d 757, 758 [2012]; *cf.* CPL 470.15 [5]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see Matter of Myron J.*, 123 AD3d 1030, 1031 [2014]; *Matter of Christopher H.*, 123 AD3d 713, 714 [2014]). Upon reviewing the record here, we are satisfied that the Family Court's fact-finding determinations were not against the weight of the evidence. Leventhal, J.P., Dickerson, Sgroi and Cohen, JJ., concur.